THE BANK OF NEW YORK MELLON, Solely as Securities Administrator for J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC4, Respondent, v WMC MORTGAGE, LLC, Defendant, and J.P. MORGAN MORTGAGE ACQUISITION CORPORATION et al., Appellants.

Submitted August 8, 2016; decided August 25, 2016

Motion by Securities Industry and Financial Markets Association for leave to file a letter brief amicus curiae on the appeal herein granted and the proposed letter brief is accepted as filed.

CARA ASSOCIATES, L.L.C., et al., Respondents, v HOWARD P. MILSTEIN et al., Appellants.

Submitted July 18, 2016; decided August 25, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

In the Matter of COUNTY OF ST. LAWRENCE, Respondent, v NIRAV R. SHAH, as Commissioner of Health, et al., Appellants. (And Seven Other Related Appeals.)

Submitted August 1, 2016; decided August 25, 2016

Motion by New York State Association of Counties for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed.

Judges STEIN and FAHEY taking no part.

In the Matter of COUNTY OF ST. LAWRENCE, Respondent, v NIRAV R. SHAH, as Commissioner of Health, et al., Appellants. (And Seven Other Related Appeals.)

Submitted August 1, 2016; decided August 25, 2016

Motion by City of New York for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed.

Judges STEIN and FAHEY taking no part.

In the Matter of JESSE FRIEDMAN, Appellant, v KATHLEEN M. RICE, as Nassau County District Attorney, Respondent.

Submitted June 27, 2016; decided August 25, 2016

Motion by The Reporters Committee for Freedom of the Press et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

GARTHON BUSINESS INC. et al., Respondents, v KIRILL ACE STEIN et al., Appellants.

Decided August 25, 2016

Appeal, insofar as taken from the part of the Appellate Division order reversing so much of Supreme Court's orders that granted defendants' motions to stay discovery and dismissed the action, and reinstating the complaint, and insofar as taken from the part of the Appellate Division order modifying Supreme Court's order that denied plaintiffs' motion for limited discovery, by permitting certain discovery, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portions of the order appealed from do not finally determine an action or proceeding within the meaning of the Constitution.

JUSTINIAN CAPITAL SPC, for and on Behalf of BLUE HERON SEGREGATED PORTFOLIO, Appellant, v WEST LB AG et al., Respondents.

Submitted August 1, 2016; decided August 25, 2016